Steve Stasio
State Bar No. 19079950
Stasio & Stasio, P.C.
The Plaza Building
303 Main Street, Suite 302
Fort Worth, Texas 76102-4069
(817) 332-5113 / 870-0335 FAX
steve.stasio@stasiolawfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SAUNDRA MARIE ASANTE xxx-xx-8605 | § | CASE NO. 17-40828-RFN |
| 4409 Calmont Avenue | § | |
| Fort Worth, TX 76107 | § | |
| DEBTOR | § | |

### DEBTORS' MODIFICATION OF PLAN AFTER CONFIRMATION
### Date: April 19, 2018

Language in italicized type in this *Plan Modification* shall be as defined in the General Order 2016-01, Standing Order Concerning Chapter 13 Cases and as it may be superseded or amended (General Order). All provisions of the General Order shall apply to this *Plan Modification* as if fully set out herein.

Pursuant to 11 U.S.C. §1329 the *Debtor* requests the following modification(s) to the *Debtor's* original or last modified Chapter 13 *Plan*.

### SECTION I
### HISTORY OF THE CASE

A.  Total Paid In (Received to Date):     $22,200.00
    Amount Due to be Current:              $24,050.00
    *Base Amount* (Current):               $111,000.00

    **Date of Calculation for Modification:   April 19, 2018**

B.  Current *Plan Payment* to *Trustee* Amounts and Term:

| Start Date | Number Periods | Amount |
|---|---|---|
| 5/2/2018 | 47 | $1,850.00 |

## SECTION II
## MODIFICATION

A.   Reason for modification **(MUST BE COMPLETED)**

      X_____ (1) To cure *Plan* arrears to the *Trustee*.
      _____ (2) To provide or modify treatment for Secured, Priority or Unsecured claim not previously provided.
      _____ (3) To provide for payment to the *Mortgage Lender* through the Conduit Program.
      X_____ (4) To make *Plan* sufficient (based on allowed claims).
      _____ (5) To modify the Unsecured Creditors' Pool from $_____ to $_____.
      _____ (6) To modify the value of non-exempt property from $_____ to $_____.
      _____ (7) To set aside Interlocutory Order.
      _____ (8) Other:

B.   New *Plan Payment* to *Trustee* Amount and Term:

The plan payment amount will be changed to $ (new monthly pmt. amt.) PER MONTH TO THE TRUSTEE:

| Start Date | Number Periods | Amount |
|---|---|---|
| 5/2/2018 | 47 | $1,850.00 |

NEW *BASE AMOUNT*:   $109,150.00

*DEBTOR'S* NEW PAYMENT START DATE MAY NOT BE MORE THAN THIRTY (30)   DAYS FROM THE DATE OF THIS *PLAN MODIFICATION*.

C.   BRINGING THE DEBTOR INTO THE CONDUIT PROGRAM (IN CASES FILED ON OR AFTER OCTOBER 1, 2016)

MORTGAGEE   # OF PAYMENTS   CURRENT POST-PET MTG AMT   1st CONDUIT PAYMENT   DUE DATE

**AND** PROVIDE FOR ANY POST-PETITION MORTGAGE ARREARAGE:

MORTGAGEE   TOTAL AMT.   DUE DATE(S)   %   TERM APPR.   TREATMENT

The *Post-Petition Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification*. To the extent interest is provided, it will be calculated from the date of the approval of this *Plan Modification.*

D.    PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS TO:

P/M   Creditor Name        Claim Amt      Collateral          Value  Int Rate   Treatment

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by the *Surrendered Collateral* (Surr), without further order of the court, pursuant to General Order 2016-01, paragraph 8.

E.    PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS TO:

P/M   Creditor Name        Claim Amt      Treatment

F.    *Debtor's Counsel* fee for this modification:

Total amount of $400.00, of which $400.00 will be disbursed by the *Trustee* according to the Order of Payment set out in the confirmed *Plan* or last subsequently approved *Plan Modification.*

## SECTION III

**ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED *PLAN* OR SUBSEQUENTLY APPROVED *PLAN MODIFICATION* REMAIN THE SAME.**

DATE: April 19, 2018

                                      Respectfully submitted,

                                      By:  /s/ Steve Stasio
                                          Steve Stasio
                                          State Bar No. 19079950
                                          Stasio & Stasio, P.C.
                                          The Plaza Building
                                          303 Main Street, Suite 302
                                          Fort Worth, Texas 76102-4069
                                          (817) 332-5113 / 870-0335 FAX
                                          steve.stasio@stasiolawfirm.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and all creditors listed on the Debtors mailing matrix by United States First Class Mail, postage paid, and electronically by the Clerk and all other parties entitled to electronic notice on the date of filing hereof.

  /s/ Steve Stasio
Steve Stasio